No. 17,147.

MOSKO *v.* WEBER ET AL.
(264 P. [2d] 858)

Decided December 14, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. FRED T. TANQUARY, for plaintiff in error.

Messrs. SEAVY & SEAVY, for defendants in error.